# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 23, 2006

Before

**Hon.** WILLIAM J. BAUER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** DIANE P. WOOD, Circuit Judge

| | |
|---|---|
| MERIDIAN SECURITY INSURANCE CO., *Plaintiff-Appellant*, **No.** 05-2855 **v.** DAVID L. SADOWSKI, *Defendants-Appellees*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. No. 05 C 517 James B. Zagel, *Judge*. |

**Order**

The opinion of this court issued on March 22, 2006, is amended as follows:

Page 9, second paragraph, line 6, change "contentions, interrogatories, to "contentions interrogatories".